United States District Court
Northern District of California

ARJAY HALEY,

        Plaintiff,

  v.

DS WATERS OF AMERICA, INC.,

        Defendants.

Case No.: 4:14-cv-02996-KAW

SUA SPONTE REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP

    Pursuant to Civil Local Rule 3-12(c), this Court, sua sponte, refers the above-captioned case to Judge Edward Chen to consider whether it is related to *Sarinana v. DS Waters of America, Inc.*, Case No. 3:13-cv-00905-EMC. The above-captioned case was transferred from the Central District of California so that it could be consolidated with the *Sarinana* action. (June 27, 2014 Order, Dkt. No. 26.) Plaintiff shall file any response, whether in opposition to, or in support of, relating the cases within four days of this order.

    IT IS SO ORDERED.

Dated: July 3, 2014

                                                      _____
                                                    KANDIS A. WESTMORE
                                                    United States Magistrate Judge